# United States District Court
## Violation Notice

**CVB Location Code**
M5

FBJF008Y

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBJF008Y | Chambers | 2365 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 11/16/2022 17:51 | FED 36 CFR 261.58A |

Place of Offense
NFS LAND / W OF PACKERS ROOST

Offense Description: Factual Basis for Charge     HAZMAT ☐
16 DAY STAY LIMIT VIOLATION

## DEFENDANT INFORMATION     Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| WHITE | MARK | E |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | | |

☐ Adult  ☐ Juvenile  Sex ☐ M ☐ F | Race | Hair | Eyes | Height | Weight

## VEHICLE     VIN:                              CMV ☐

| Tag No. | State | Year | Make/Model PASS / | Color |
|---|---|---|---|---|
| | | | | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 75.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| PAY THIS AMOUNT   $ 105.00 | Total Collateral Due |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete          Original - CVB Copy          FS-5300-4 (7/05)

FBJF008Y

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___11/16/2022___ while exercising my duties as a law enforcement

officer in the _____ District of _____MT_____

Pursuant to 16USC 551: On October 13th, 2022, I, United States Forest Service Law Enforcement Officer (USFS LEO), William Chambers received an email from USFS Customer Service Representative, Matthew APPLEGATE. APPLEGATE's email detailed a report given to him from Troy SMITH. SMITH advised of potentially wanted people living on National Forest System (NFS) Lands just North of his property in Martin City. On November 16th, 2022, at approximately 8:00 AM, USFS LEOs, Jack Dittman and Ray Brassington (FS45), USFS Patrol Captain, Chad Kashmier (FS39), Montana Fish Wildlife and Parks Wardens Ben Chappelow (FG19) and Chris Crane (FG130), Flathead County Sherriff's Office (FCSO) Deputy Nelson Grant (742), and I arrived at the illegal camp. The campsite consisted of a motorhome with a wooden structure built next to it, a blue four-wheeler parked in front of the motorhome, a silver Ford pickup truck parked to the West of the motorhome, a green Chevrolet Camaro parked to the East of the motorhome on a trail, firewood surrounding the camp, and miscellaneous items spread about the campsite including bicycles and garbage. The campsite was generally cluttered. A male identified as Mark WHITE, and a female identified as Brandin BONNER, were the only occupants of the camp, and eventually exited the motorhome. WHITE admitted to the following; Cutting a large green tree that was near the camp, driving a stolen four-wheeler into the camp, steeling the four-wheeler, building a structure in the site, occupying the site for over a month, sleeping inside while their garbage was left outside, fleeing from police in an August contact, using methamphetamine, possessing methamphetamine paraphernalia, and possessing an illegal short-barrel shotgun. WHITE was subsequently arrested for Felony theft by Flathead County Sherriff's Office. WHITE was released from jail before I could deliver his violation notices. On March 29th, 2023, WHITE was booked into Flathead County Detention Center. That evening I issued WHITE violation notices for; food storage violation pursuant to 36 CFR 261.58cc, 16 day stay limit violation pursuant to 36 CFR 261.58a, operating or possessing a motor vehicle off a designated route pursuant to 36 CFR 261.13, Constructing, placing, or maintaining any kind of road, trail, structure, fence, enclosure pursuant to 36 CFR 261.10a, Damaging any natural feature or other property of the United States pursuant to 36 CFR 261.9a, and Cutting or otherwise damaging any

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

___11/16/2022___          _[signature]_
Date (mm/dd/yyyy)         Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:          _____

Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;          PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;          CMV = Commercial vehicle involved in incident